UNITED STATES of America, Plaintiff—Appellee,

v.

Damond NELSON, Defendant— Appellant.

No. 07–7372.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 25, 2008.

Damond Nelson, Appellant Pro Se.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damond Nelson appeals the district court's order denying his motion for clarification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Damond*, No. 3:02–cr–00193–GCM (W.D.N.C. Aug. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*